IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

|  |  |
|---|---|
| CHAQUEL COOK, | : |
| Plaintiff. | : |
| VS. | : |
| T. McCOY and Sergeant VIRGINIA WILLIAMS, | : NO. 7:13-CV-70 (HL) |
| Defendants. | : |
|  | : **O R D E R** |

Plaintiff **CHAQUEL COOK** filed in this Court a *pro se* civil rights complaint under 42 U.S.C. § 1983.  By Order dated June 3, 2013, the Court instructed Plaintiff to submit a certified copy of his inmate account statement and to supplement his complaint (Doc. 3).  The Court expressly informed Plaintiff that if he failed to comply with the Court's directive within twenty-one (21) days, his case would be dismissed.  To date, Plaintiff has failed to comply with the above instructions or otherwise respond to this Court's Order.  Plaintiff's complaint is therefore **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**, this 2nd day of July, 2013.

*s/ Hugh Lawson*
HUGH LAWSON
UNITED STATES DISTRICT JUDGE

cr